[836 NE2d 1148, 803 NYS2d 25]

LAWRENCE KNOLL, Appellant, et al., Plaintiff, v SEAFOOD EXPRESS et al., Respondents.

Decided September 15, 2005

APPEARANCES OF COUNSEL

*Michael N. David*, New York City, for appellant.

*Geoghan Cohen & Bongiorno, L.L.C.*, New York City (*Joseph R. Bongiorno* of counsel), for respondents.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

In light of the fact that plaintiff's benign brain stem angioma condition preexisted the accident, plaintiff failed to submit medical proof sufficient to rebut defendants' submissions and to show that he suffered a serious injury that is causally related to the accident (*see Pommells v Perez*, 4 NY3d 566, 580 [2005]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.